### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ernest W Pratt                                      CHAPTER 13
          Karen L Pratt

             Debtor(s)                          BKY. NO. 26-12725 DJB


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.


                      Respectfully submitted,


/s/ *Maggie Soboleski*
Maggie Soboleski
07 Jul 2026, 17:22:30, EDT


                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322

Document ID: 959fad46961ab36e6e6d7e48293dd9eed5a215417c142d39083bfe98eeffbdc9