**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                  CHAPTER 13

   ERNEST W. PRATT                        CASE NUMBER: 26-12725-DJB

   KAREN L. PRATT

      DEBTOR (S)

---

**MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES**

**AND OTHER REQUIRED DOCUMENTS**

The Debtor moves this Court as follows:

1. On June 25, 2026, the Debtor(s) filed an Emergency Voluntary Petition in Bankruptcy. The remaining documents and schedules are due on July 9, 2026.

2. The Debtor requests an additional fifteen (15 days) to prepare and gather these documents from Creditors and other sources.

THEREFORE, the Debtor's request that this Court grant an extension of fifteen (15) days, until July 25, 2026, to prepare and file the remaining required documents.

Date: July 7, 2026

Christopher Constantine Carr, Esquire
PA Attorney #46249
3240 Tyning Lane
Downingtown, PA  19335
Phone: 610.380.7969
E-Mail:  cccarresq@aol.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                    CHAPTER 13

    ERNEST W. PRATT                                  CASE NUMBER: 26-12725-DJB

    KAREN L. PRATT

       DEBTOR (S)

---

**ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES**

**AND OTHER REQUIRED DOCUMENTS**

    It is ORDERED that the Debtor herein shall have until July 25, 2026, to file the remaining schedules and other required documents.

                       By the Court

Date:   _____ 2026             _____

                       Judge, United States Bankruptcy Court