**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                    CHAPTER 13

   ERNEST W. PRATT                                      CASE NUMBER: 26-12725-DJB

   KAREN L. PRATT

      DEBTOR (S)

---

**CERTIFICATE OF SERVICE**

   I, Christopher Carr, Counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by ECF/electronic mail or First-Class United States mail, postage prepaid, a true and correct copy of Debtor's Motion for Extension to file schedules and other required documents by ECF/electronic mail mailing addresses:

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system at the addresses listed below:

UNITED STATES TRUSTEE
USTPRegion03.PH.ECF@usdoj.gov


KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com


Dated: July 7, 2026


_____

     Christopher C. Carr, Esquire
     PA Attorney #46249
     3240 Tyning Lane
     Downingtown, PA  19335
     Phone: 610.380.7969
     E-Mail: cccarresq@aol.com