**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          CHAPTER 13

    ERNEST W. PRATT                                CASE NUMBER: 26-12725-DJB

    KAREN L. PRATT

        DEBTOR (S)

---

**ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES**

**AND OTHER REQUIRED DOCUMENTS**

    It is ORDERED that the Debtor herein shall have until July 25, 2026, to file the remaining schedules and other required documents.

By the Court

Date:    **July 9 ,**  2026

**Honorable Derek J. Baker**

Judge, United States Bankruptcy Court