United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-12725-djb

Ernest W Pratt                                                                    Chapter 13

Karen L Pratt

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                           Page 1 of 1

Date Rcvd: Jul 09, 2026                Form ID: pdf900                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**            **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

**Recip ID**                   **Recipient Name and Address**
db/jdb                   +   Ernest W Pratt, Karen L Pratt, 109 Sandy Way, Coatesville, PA 19320-5542

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

CHRISTOPHER CONSTANTINE CARR
           on behalf of Joint Debtor Karen L Pratt cccarresq@aol.com  loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com

CHRISTOPHER CONSTANTINE CARR
           on behalf of Debtor Ernest W Pratt cccarresq@aol.com  loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com

KENNETH E. WEST
           ecfemails@ph13trustee.com  philaecf@gmail.com

MAGGIE S SOBOLESKI
           on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:                                         CHAPTER 13

    ERNEST W. PRATT                    CASE NUMBER: 26-12725-DJB

    KAREN L. PRATT

        DEBTOR (S)

---

**ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES**

**AND OTHER REQUIRED DOCUMENTS**


    It is ORDERED that the Debtor herein shall have until July 25, 2026, to file the remaining schedules and other required documents.


By the Court

Date:    **July 9 ,**    2026

_____

**Honorable Derek J. Baker**

Judge, United States Bankruptcy Court