**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                    CHAPTER 13

    ERNEST W. PRATT                                   CASE NUMBER: 26-12725-DJB

    KAREN L. PRATT

       DEBTOR (S)

---

**ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES**

**AND OTHER REQUIRED DOCUMENTS**

It is ORDERED that the Debtor herein shall have until August 6, 2026, to file the remaining schedules and other required documents.

By the Court

Date: _____**July 27 ,**_____ 2026          _____

   Honorable Derek J. Baker

Judge, United States Bankruptcy Court