United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 26-12725-djb

Ernest W Pratt                                                                          Chapter 13

Karen L Pratt

   Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ernest W Pratt, Karen L Pratt, 109 Sandy Way, Coatesville, PA 19320-5542 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 29 2026 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2026 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 29 2026 00:07:36 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026                         Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 28, 2026                       Form ID: pdf900                               Total Noticed: 4

CHRISTOPHER CONSTANTINE CARR
          on behalf of Debtor Ernest W Pratt cccarresq@aol.com  loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com

CHRISTOPHER CONSTANTINE CARR
          on behalf of Joint Debtor Karen L Pratt cccarresq@aol.com  loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com

KENNETH E. WEST

          ecfemails@ph13trustee.com  philaecf@gmail.com

MAGGIE S SOBOLESKI

          on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com

United States Trustee

          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            CHAPTER 13

    ERNEST W. PRATT                    CASE NUMBER: 26-12725-DJB

    KAREN L. PRATT

       DEBTOR (S)

---

**ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES**

**AND OTHER REQUIRED DOCUMENTS**

It is ORDERED that the Debtor herein shall have until August 6, 2026, to file the remaining schedules and other required documents.

By the Court

Date: _____**July 27 ,**_____ 2026     _____

    Honorable Derek J. Baker
    Judge, United States Bankruptcy Court