*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Ernest W Pratt | ) | Case No. 26−12725−djb |
| | ) | |
| | ) | |
| Karen L Pratt | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 27, 2026, this case is hereby DISMISSED.

**Date: August 14, 2026**

______________________________
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:

Atty Disclosure Statement
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities

Documents were due by August 6, 2026.