United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-12725-djb
Ernest W Pratt Chapter 13
Karen L Pratt
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Aug 14, 2026 Form ID: pdf900 Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ernest W Pratt, Karen L Pratt, 109 Sandy Way, Coatesville, PA 19320-5542 |
| 15161495 | + | ACM Uprise Direct Borrower Trust II, Lockbox Services, 3440 Flair Drive, El Monte, CA 91731-2823 |
| 15161493 | | ACM Uprise Direct Borrower Trust II, PO Box 843377, Los Angeles, CA 90084-3377 |
| 15161510 | | ASPIRA, PO Box 105555, Atlanta, GA 30348-5555 |
| 15161490 | + | CF USPL Trust 2026, Lock Box Services 842438, 3440 Flair Dr., El Monte, CA 91731-2823 |
| 15161489 | | CF USPL Trust 2026, PO BOX 842438, Los Angeles, CA 90084-2438 |
| 15161487 | + | DR Bank Loan Operations, PO Box 1503, San Carlos, CA 94070-7503 |
| 15161484 | | M&T Bank, Lending Services, Customer Service, PO Box 1288, Buffalo, NY 14240-1288 |
| 15161535 | | PREMIER BANKCARD, 382O N. LOUISE AVE, SIOUX FALL SD 57107 |
| 15161496 | | The Bankcorp.com Bank, 405 Silverside Rd., Ste 105, Wilmington, DE 19809-1768 |
| 15161515 | + | UPSTART FINWISE, 3440 Flair Drive, El Monte, CA 91731-2823 |
| 15161514 | | UPSTART FINWISE, PO Box 843377, Los Angeles, CA 90084-3377 |
| 15161492 | + | Upstart Funding Grantor Trust 2025-4, Lockbox Services 843416, 3440 Flair Drive, El Monte, CA 91731-2823 |
| 15161491 | | Upstart Funding Grantor Trust 2025-4, PO Box 843416, Los Angeles, CA 90084-3416 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 15 2026 01:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2026 01:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2026 01:37:48 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15161497 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 15 2026 01:37:38 | Affirm Inc., 650 California St., Fl 12, San Francisco, CA 94108-2716 |
| 15161516 | + | Email/Text: bk@avant.com | Aug 15 2026 01:37:00 | Avant, LLC, 222 W Merchandise Mart Plaza, Suite 900, Chicago, IL 60654-1105 |
| 15161528 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 15 2026 01:37:00 | BARCLAY'S BANK/OLD NAVY, PO BOX 8803, WILMINGTON DE 19899-8803 |
| 15161529 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2026 01:37:42 | CAP1/KOHLS DEPT STORE, PO BOX 31293, SALT LAKE CITY UT 84131-0293 |
| 15161530 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2026 01:37:43 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY UT 84131-0293 |
| 15161513 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 15 2026 01:37:44 | CAPITAL ONE MASTERCARD, Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 15161506 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 15 2026 01:37:00 | CB INDIGO, PO Box 4499, Beaverton, OR 97076-4499 |
| 15161521 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 15 2026 01:37:00 | CB Indigo-Concora Credit, PO Box 4499, Beaverton, OR 97076-4499 |
| 15161532 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2026 01:48:32 | CBNA, PO BOX 6497, SIOUX FALLS SD 57117-6497 |
| 15161520 | | Email/Text: cfcbackoffice@contfinco.com | Aug 15 2026 01:37:00 | Bank of Missouri, Continental Finance, Cardholder Services, PO Box 3220, Buffalo, NY 14240-3220 |
| 15161538 | | Email/Text: cfcbackoffice@contfinco.com | Aug 15 2026 01:37:00 | TBOM/CONTFIN, 4550 NEW LINDEN HILL RD #400, WILMINGTON DE 19808 |
| 15161499 | | Email/Text: bankruptcy@creditfresh.com | Aug 15 2026 01:37:00 | Credit Fresh, CBW Bank, 200 Continental Dr.,, Suite 401, Newark, DE 19713 |
| 15161518 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2026 01:37:43 | CREDIT ONE BANK, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15161533 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2026 01:37:43 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS NV 89193-8875 |
| 15161512 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2026 01:37:43 | CREDIT ONE VISA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15161501 | + | Email/Text: opportunitynotices@gmail.com | Aug 15 2026 01:37:00 | Capital Community Bank, CCBank, C/O Opportunity Financial, LLC, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 15159275 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2026 01:48:32 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15159595 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2026 01:37:48 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15161509 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 15 2026 01:37:00 | Concora Credit (Milestone), PO Box 4477, Beaverton, OR 97076-4401 |
| 15161508 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2026 01:37:38 | Credit One Bank AMEX, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15161488 | ^ | MEBN | Aug 15 2026 01:35:48 | DR Bank, 1001 Post Road, Darien, CT 06820-4553 |
| 15161522 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 15 2026 01:37:43 | FIRST PREMIER BANK, 3820 N Louise Ave,, Sioux Falls, SD 57107-0145 |
| 15161486 | + | Email/Text: EBNBKNOT@ford.com | Aug 15 2026 01:37:00 | Ford Motor Company, PO Box 62000, Colorado Springs, CO 80962-2000 |
| 15172672 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2026 01:37:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15161517 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2026 01:37:00 | LANE BYRANT/Comenity Bank, Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15161519 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2026 01:37:43 | LVNV Funding LLC, Care of Resurgent Capital Services, CREDIT ONE BANK, PO Box 1269, Greenville, SC 29602-1269 |
| 15165133 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2026 01:37:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15161984 | ^ | MEBN | Aug 15 2026 01:35:33 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15165148 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2026 01:37:43 | MERRICK BANK, Resurgent Capital Services, |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 15161511 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2026 01:37:38 | MERRICK Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 15161534 | | Email/Text: ml-ebn@missionlane.com | Aug 15 2026 01:37:00 | MISSON LANE TAB BANK, PO BOX 105286, ATLANTA GA 30348-5286 |
| 15161505 | | Email/Text: ml-ebn@missionlane.com | Aug 15 2026 01:37:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 15161504 | | Email/Text: ml-ebn@missionlane.com | Aug 15 2026 01:37:00 | Mission Lane LLC, PO Box 71084, Charlotte, NC 28272-1084 |
| 15161524 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2026 01:37:00 | Midland Credit Management, Celtic Bank, 320 E Big Beaver Rd., Ste 300, Troy, MI 48083-1271 |
| 15161527 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2026 01:37:00 | Midland Credit Management, Citibank, NA, 320 E BIG BEAVER RD STE 300, TROY MI 48083-1271 |
| 15161525 | | Email/Text: signed.order@pfwattorneys.com | Aug 15 2026 01:37:00 | Midland Credit Management, Lowe's - Synchrony Bank, c/o Pressler, Felt & Warshaw, LLP, Attorney's at Law, 7 Entin Road, Suite 100, Parsippany, NJ 07054-9944 |
| 15161526 | | Email/Text: signed.order@pfwattorneys.com | Aug 15 2026 01:37:00 | Midland Credit Management, Synchrony Bank - Walmart, c/o Pressler, Felt & Warshaw, LLP, Attorney's at Law, 7 Entin Road, Suite 100, Parsippany, NJ 07054-9944 |
| 15164980 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2026 01:37:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15161536 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2026 01:37:38 | RESURGENT/LVNV FUNDING, PO BOX 1269, GREENVILLE SC 29602-1269 |
| 15162556 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 15 2026 01:37:00 | SANTANDER CONSUMER USA Inc., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 15161485 | | Email/Text: enotifications@santanderconsumerusa.com | Aug 15 2026 01:37:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 15161537 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 15 2026 01:37:00 | TBOM/ATLS/ASPIRE, 5 CONCOURSE PKWY STE 400, ATLANTA GA 30328-9114 |
| 15161539 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 15 2026 01:37:00 | TBOM/MILESTONE, PO BOX 4499, BEAVERTON OR 97076-4499 |
| 15161541 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 15 2026 01:37:00 | UPSTART DRB, 2 CIRCLE STAR WAY, SAN CARLOS CA 94070-6200 |
| 15161540 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 15 2026 01:37:00 | UPSTART NETWORK INC/ FIN, PO BOX 1503, SAN CARLOS CA 94070-7503 |
| 15158881 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 15 2026 01:37:47 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15172318 | + | Email/Text: peritus@ebn.phinsolutions.com | Aug 15 2026 01:37:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 15161502 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2026 01:37:37 | Venmo Credit Card, PO Box 71718, Philadelphia, PA 19176-1718 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** **Bypass Reason** **Name and Address**

| | | |
|---|---|---|
| 15161494 | * | ACM Uprise Direct Borrower Trust II, PO Box 843377, Los Angeles, CA 90084-3377 |
| 15161498 | *+ | Affirm Inc., 650 California St., Fl 12, San Francisco, CA 94108-2716 |
| 15161531 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY UT 84131-0293 |
| 15161507 | * | CB INDIGO, PO Box 4499, Beaverton, OR 97076-4499 |
| 15161500 | *P++ | CREDIT FRESH, 200 CONTINENTAL DRIVE SUITE 401, NEWARK DE 19713-4337, address filed with court:, Credit Fresh, CBW Bank, 200 Continental Dr.,, Suite 401, Newark, DE 19713 |
| 15161503 | *+ | Capital Community Bank, CCBank, C/O Opportunity Financial, LLC, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 15161523 | * | MERRICK BANK, PO Box 660702, Dallas, TX 75266-0702 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER CONSTANTINE CARR | on behalf of Joint Debtor Karen L Pratt cccarresq@aol.com loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| CHRISTOPHER CONSTANTINE CARR | on behalf of Debtor Ernest W Pratt cccarresq@aol.com loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Ernest W Pratt<br><br>Karen L Pratt<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26−12725−djb<br><br>Chapter: 13 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 27, 2026, this case is hereby DISMISSED.

**Date: August 14, 2026**

________________________________
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:

Atty Disclosure Statement
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities

Documents were due by August 6, 2026.